No. 10–8210. PATTERSON v. SCHRIRO ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–8572. FRANCIS v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10A827. ADAMS v. TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. D–2495. IN RE DISBARMENT OF WOGHIN. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–2496. IN RE DISBARMENT OF ORCI. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–2497. IN RE DISBARMENT OF STEIN. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–2498. IN RE DISBARMENT OF TONER. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–2499. IN RE DISBARMENT OF KRESS. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–2500. IN RE DISBARMENT OF KIMMEL. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2501. IN RE DISBARMENT OF SHAFFER. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2502. IN RE DISBARMENT OF NICHOLLS. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2503. IN RE DISBARMENT OF STRASSON. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]